478 A.2d 113

Commonwealth v. Griffin, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

Submitted April 16, 1984. George A. Vaughn III, for appellant; Edgar Bayley, Jr., District Attorney, for appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Order affirmed.